

United States District Court
Eastern District of California

EBRAHIM K. NAKHJAVANI, ET AL.

Plaintiff(s)

Case Number: 2:26-CV-01819-TLN-JDP

V.

LAKE TAHOE PARTNERS, LLC, ET AL.

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Jarom R. Jones hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Lake Tahoe Partners, LLC, Kevin S. Garn, Andrew Bybee and Garn Stack Tahoe, LLC

On _____10/18/2016_____ (date), I was admitted to practice and presently in good standing in the _____Utah Supreme Court_____ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

Date:_____05/22/2026_____      Signature of Applicant: /s/ Jarom R. Jones_____

**Pro Hac Vice Attorney**

Applicant's Name: Jarom R. Jones

Law Firm Name: Bennett, Tueller, Johnson & Deere

Address: 3165 Millrock Dr #500

City: Salt Lake City          State: UT     Zip: 84121

Phone Number w/Area Code: (801) 438-2000

City and State of Residence:

Primary E-mail Address: jjones@btjd.com

Secondary E-mail Address: clarson@btjd.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Bradley C. Carroll

Law Firm Name: Downey Brand LLP

Address: 621 Capitol Mall, 18th Floor

City: Sacramento          State: CA     Zip: 95814

Phone Number w/Area Code: (916) 444-1000          Bar # 300658

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 5/22/2026

_____
JUDGE, U.S. DISTRICT COURT