

## United States District Court
## Eastern District of California

EBRAHIM K. NAKHJAVANI, ET AL.

Plaintiff(s)

Case Number: 2:26-CV-01819-TLN-JDP

V.

LAKE TAHOE PARTNERS, LLC, ET AL.

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Noah M. Shepardson hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Lake Tahoe Partners, LLC, Kevin S. Garn, Andrew Bybee and Garn Stack Tahoe, LLC

On 10/07/2025 (date), I was admitted to practice and presently in good standing in the Utah Supreme Court (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 05/22/2026          Signature of Applicant: /s/ Noah M. Shepardson

**Pro Hac Vice Attorney**

Applicant's Name: Noah M. Shepardson

Law Firm Name: Bennett, Tueller, Johnson & Deere

Address: 3165 Millrock Dr #500

City: Salt Lake City    State: UT    Zip: 84121

Phone Number w/Area Code: (801) 438-2000

City and State of Residence:

Primary E-mail Address: nshepardson@btjd.com

Secondary E-mail Address: hburch@btjd.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Bradley C. Carroll

Law Firm Name: Downey Brand LLP

Address: 621 Capitol Mall, 18th Floor

City: Sacramento    State: CA    Zip: 95814

Phone Number w/Area Code: (916) 444-1000    Bar # 300658

## **ORDER**

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 5/22/2026

_____
JUDGE, U.S. DISTRICT COURT